of real property, the plaintiff lost her statutory right to a jury trial in the action for partition. Under the circumstances, the application to frame issues and for a jury trial was necessarily addressed to the discretion of the court (Civ. Prac. Act, § 430). Such an application must be made within 20 days after joinder of issue (Rules Civ. Prac., rule 157). The cross motion was not, therefore, timely served and " the right to apply for a trial by jury is waived." Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■　NICHOLAS PERAGINE V. LILLIAN ESPOSITO, Doing Business as LILLIANA'S et al., CANADA DRY GINGER ALE, INCORPORATED V. OWENS-ILLINOIS GLASS CO.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■　ALEMITE CORPORATION V. BELT PARKWAY AUTO SALES & SERVICE, INC. — Application denied, with $10 costs. The stay contained in the order to show cause, dated May 29, 1959, is vacated. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■　JUNEGLORY REALTY CORPORATION V. ALBERT HUNTER.— Application denied, with $10 costs. The stay contained in the order to show cause, dated May 27, 1959, is vacated. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■　CHARLES A. CERUSSI V. PAUL SPRUFERO.— Application denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■　SPENCER OPERATING CORP. V. SPENCER HOTEL CORPORATION et al. Application denied, with $10 costs. The stay contained in the order to show cause, dated May 28, 1959, is vacated. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■　LAWRENCE VESCERA V. JOSEPH A. ELFE et al.— Motion granted insofar as to permit defendants-appellants to have the three appeals heard in one appeal book, without duplication of printing, and the respective parties are permitted to file one set of points covering the three appeals. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■　In the Matter of the Estate of SPIROS KARAGEORGES, Deceased. ANGIE SAPONAS, Appellant; JOSEPH B. FRANKLIN et al., Respondents.— Motion denied. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■　In the Matter of the Estate of SPIROS KARAGEORGES, Deceased. ANGIE SAPONAS, Appellant; JOSEPH B. FRANKLIN et al., Respondents.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■　In the Matter of the Probate of the Will of ALBERT FOX, Deceased. HERBERT W. FOX, Appellant; ISABELLE F. HAMPTON et al., Respondents.— Motion to dismiss appeal denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

## (June 24, 1959)

■　BETH ISRAEL HOSPITAL ASSOCIATION V. LEON J. DAVIS, Individually, and as President of Local 1199, Retail Drug Employees Union, et al.— Motion granted. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.